FILED11 MAY '11 12:02USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MICHAEL BARNETT,                                         CV. 10-1543-HU

        Petitioner,                                      ORDER

v.

RICK COURSEY,

        Respondent.

BROWN, Judge

    Petitioner's motion to voluntarily dismiss (#15) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 9th day of May, 2011.

                                        Anna J. Brown
                                        United States District Judge

1 -- ORDER